Name: Pauline Marie Castro 02628-093
Address: Federal Prison Camp
City: 5675 8th Street, Camp Parks
State: Dublin, California
Zip: 94568

FILED
DISTRICT COURT OF GUAM
MAY 16 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COUURT

DISTRICT OF Guam

United States of America

vs.

Pauline Marie Castro

Criminal No.: CR-06-00101-001
Reg. No. 02628-093

## MOTION TO REDUCE OR MODIFY SENTENCE

May it Please the Court:

Comes now the Defendant, Pauline Marie Castro, who petitions this Court of an Order reducing or modifying (his or her) sentence. A motion for reduction in, or modification of, the original sentence pursuant to Rule 35(b) of The Federal Criminal Code and Rules of Procedures, is "essentially a plea for leniency".

A sentence of 60 months was imposed by the Honorable Judge Leighton on the 21 day of August, 20 06. Defendant is currently incarcerated at a United States Federal Correctional Institution.

Defendant understands that under Rule 35 of the Federal Rules of Criminal Procedure, that this motion should have been filed within 120 days of having been sentenced. Defendant pleas with the Court to please still consider this motion since (he or she) was unable to have access to any kind of legal forms till after being transferred from a County facilty to a Federal facility, which was after the 120 day period. Defendant would also like the Court to know that (he or she) is imcompetent in legal procedures and would like to inform the Court that (he or she) has spent time in trying to obtain the proper information.

Attached herewith for the Court's consideration is a personal letter written by the Defendant Pauline Marie Castro explaining these events, and pleaing for the courts leniency.

Wherefore, Defendant respectfully request that the Court's enter an Order reducing or modifying the sentence of imprisionment herein.

Respectfully Submitted

Dated: May 11, 2007

Pauline Marie Castro
Defendant

Pauline Marie Castro
02628-093
Federal Prison Camp
5675 8th Street, Camp Parks
Dublin, California 94568

May 11, 2007

United States District Court
District of Guam 4th floor
530 West Soledad Avenue
Hagatna, Guam 96910

Docket No. CR-06-00001-001

Attn: Clerk of the Court
To: The Honorable Judge Leighton (or Presiding Judge)
Re: Request for a Sentence Modification
Subject: US vs. Pauline M. Castro

Dear Honorable Judge Leighton or Presiding Judge
I am writing in hopes that you would considered my request of a Sentence Modification. Your Honor I would like to address to Your Honor that I am truly remorse and accountable for my poor decisions which have led me to my downfall. I have utilize my time to gather my thoughts and redirect my priorities. I want to apply my positive goals and re-direct my life. Your Honor, freedom is very precious in life and I am determined to give back to

Pauline Marie Castro
02628-093

continued:

    Society. While incarcerated I have applied the needed resources to assist me in my goals. I am currently listed in the 40 hour Drug Program and Employability Skills. A Psychology course in Eating Disorder and Global Warning Alert. And a 6 week course in Women's Personal Growth. Your Honor, I am seeking your consideration to give me a chance by considering alternative to my term in prison. Your Honor, I have learned my lesson and realize that life is too short. I want to work in society and contribute to the positive environment. Please consider my request.


Respectfully,
Pauline Marie Castro